AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DELBERT KIGHT

_____ /

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: 8:03-CR-319-T-24EAJ
USM No:      41069-018

_____Dionja Dyer, AFPD_____
Defendant's Attorney

**THE DEFENDANT:**

___X___ admitted guilt to violation of conditions One and Two of the terms of supervision.
See below.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive urinalysis for Cocaine<br>In Violation of Condition 7<br>of the Standard Conditions of Supervision | April 23, 2007 |
| Two | Positive urinalysis for Cocaine<br>In Violation of Condition 7<br>of the Standard  Conditions of Supervision. | August 6, 2007 |

    The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated conditions and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: October 23rd, 2007

_____
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date_____October 23rd, 2007_____

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| DEFENDANT:  DELBERT KIGHT | Judgment - Page ___2___ of ___2___ |
|---|---|
| CASE NUMBER:  8:03-CR-319-T-24EAJ | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *ELEVEN (11) MONTHS.  NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

   __X___   The Court makes the following recommendations to the Bureau of Prisons:

         1.     Defendant serve of imprisonment at FCI Coleman.

   __X___   The defendant is remanded to the custody of the United States Marshal.

   __X___   The defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

   _____   The defendant shall surrender to the United States Marshal for this district:

        ____   at _____ a.m.     p.m.   on _____.

        ____   as notified by the United States Marshal.

   _____   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ____   before 2 p.m. on _____.

        ____   as notified by the United States Marshal.

        ____   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
            DEPUTY UNITED STATES MARSHAL